Yount *v.* Whisner, Appellant.

Submitted November 13, 1951. Before RHODES, P. J., HIRT, RENO, DITHRICH, ROSS, ARNOLD and GUNTHER, JJ.

*W. Davis Graham,* for appellant, submitted a brief.

No argument was made nor brief submitted for appellee.

PER CURIAM, January 17, 1952:
The order of the court below is affirmed on the opinion of President Judge GRAFF.